**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GINA JONES,

    Plaintiff,

v().                                                    Case No: 8:13-cv-1311-T-30EAJ

PRO SOURCE SERVICES, INC.,
STUART COOPER and SMART CIRCLE
INTERNATIONAL LLC,

    Defendants.

**ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Dkt. #16). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Dkt. #16) is GRANTED.

2. The Settlement Agreement and General Release entered into by the parties is hereby APPROVED.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is instructed to close this case and deny any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of December, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2013\13-cv-1311 approve settlement 16.docx